## Ruth Ingle, Plaintiff-Appellant, v. La Salle Street Buildings, Inc., Defendant-Appellee.

**Gen. No. 45,451.**

Robert J. Rafferty and Edward C. Steinhauer, for appellant; Burt A. Crowe, for appellee; Carl E. Abrahamson, of counsel. Opinion by PRESIDING JUSTICE KILEY. Not to be published in full. Opinion filed November 21, 1951; released for publication December 6, 1951.